appears that the note was protested at the Bank, the day it became due—Even this does not relate to the notice to the indorsers—And the whole of his testimony in relation to the notice is his belief founded, and so stated by him to be, solely on the general practice prevailing in the Bank at the time—

There was no evidence at all upon the subject, and the jury could make no inference or presumption in the case— —Verdict set aside—VENIRE DE NOVO

## JOHN CHAMBERLIN *versus* CULLEN BROWN
### March 31, 1842.

A. & H. H. Emmons, attorneys for plaintiff.
D. Stuart, attorney for defendant.